UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINGO PASCUAL                                         :
                             Plaintiff,       :       21 Civ. 5368 (LGS)
                                       :
            -against-                        :       <u>ORDER</u>
                                       :
EB GOLF MEDIA LLC,                                      :
                             Defendant.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference in this matter is scheduled for August 26, 2021,

       WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

       **ORDERED** that the August 26, 2021 initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

       **ORDERED** that if Defendant seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, the parties' request for a referral to the District's Mediation Program is **GRANTED**.  The referral will issue in a separate order.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: August 20, 2021
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**